UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:19-cv-00802-AG (SP) | Date | September 9, 2021 |
|---|---|---|---|
| Title | STEVEN PARKER v. JOHNSON, Warden | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Petitioner:        Attorneys Present for Respondent:

n/a                                                                n/a

**Proceedings:** **(In Chambers) Order to Show Cause Why Stay Should Not Be Lifted**

On August 29, 2019, the court issued an Order Granting Motion to Stay, in which the court granted petitioner's request to stay this action while he attempts to exhaust his state remedies on his grounds on the Petition. The court further ordered petitioner to file a status report every 90 days reporting on the status of petitioner's efforts to exhaust his unexhausted claims in the state courts. In addition, the court cautioned petitioner that "if he fails to act diligently in seeking to exhaust his state court remedies or fails to act within the time frames discussed above, the court may vacate the stay."

Since the stay of this action, petitioner has filed only three status reports, the last one on August 27, 2020. At that time, petitioner reported he was about to file a habeas petition in the California Court of Appeal. Since then, petitioner has not filed a status report, and therefore has failed to follow the court's order to file a status report every 90 days.

Accordingly, the court now issues this **Order to Show Cause**, ordering petitioner to show cause on or before **October 11, 2021** why the stay of this action should not be lifted. If petitioner files a status report by October 11, 2021, that will be sufficient to discharge this Order to Show Cause.