JS-6
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN PARKER,<br><br>    Petitioner,<br><br>    v.<br><br>JOHNSON, Warden,<br><br>    Respondent. | Case No. 5:19-cv-00802-JGB (SP)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 24, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE